IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-CV-01314-RPM-CBS

RITA ARNOLD,

      Plaintiff,

v.

JOHN POTTER, POSTMASTER
GENERAL, as the Designated Representative
of the United States Postal Service,

      Defendant.

---

## ORDER OF DISMISSAL

---

Upon consideration of the Stipulation for Dismissal with Prejudice filed on December 5, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: December 5th, 2005

      BY THE COURT:

      s/Richard P. Matsch
      _____
      Richard P. Matsch, Senior District Judge